

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00726-CV

**IN RE** Maria **GONZALEZ**, Eliseo Gonzalez, Lucy Harvest, Scott Grice, Miriam Grice and
Democrats Abroad

Original Proceeding[1]

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On October 31, 2022, relators filed a petition for writ of mandamus containing a request for immediate emergency relief. After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relators' request for emergency relief is **DENIED** as moot.

It is so **ORDERED** on November 1, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1 day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of relators' federal postcard application complaint against Bexar County Election Officials. *See* TEX. ELEC. CODE ANN. § 273.061(a) ("[A] court of appeals may issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election or a political party convention, regardless of whether the person responsible for performing the duty is a public officer.").